Jul 31, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80151-CR-HURLEY/HOPKINS

18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA

vs.

STEPHEN ANTHONY PAULSEN,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning on or about July 12, 2013, and continuing through on or about July 16, 2013, in Palm Beach County, in the Southern District of Florida, the defendant,

**STEPHEN ANTHONY PAULSEN,**

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**STEPHEN ANTHONY PAULSEN,**

        **Defendant.**
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)   Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

**Court Division**: (Select One)

____ Miami   ____ Key West
____ FTL   X WPB   ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   NO
   List language and/or dialect

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)        (Check only one)

   I   0 to 5 days   X   Petty ____
   II   6 to 10 days   ____   Minor ____
   III   11 to 20 days   ____   Misdem. ____
   IV   21 to 60 days   ____   Felony X
   V   61 days and over   ____

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No. 13-8335-JM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 7-12-2013
   Defendant in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____ x No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____ x No

_____
ADAM C. MCMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321

*Penalty Sheet(s) attached        REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name:   STEPHEN ANTHONY PAULSEN

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Use of a means of interstate commerce, to knowingly persuade, induce, entice, and coerce a minor to engage in sexual activity. | 18:2422(b) | 10 years to Life<br>$250,000 fine<br>SR: Any term of years, not less than five years to life<br>$100 Special Assessment |